## MOTOROLA MOBILITY LLC (formerly known as Motorola Mobility, Inc.), Appellant,

v.

## INTERNATIONAL TRADE COMMISSION, Appellee,

and

## Apple Inc., Intervenor.

No. 2013–1417.

United States Court of Appeals, Federal Circuit.

May 22, 2014.

Charles Kramer Verhoeven, Attorney, Quinn Emanuel Urquhart & Sullivan, LLP, San Francisco, CA, Jennifer Anne Bauer, Attorney, David A. Nelson, Quinn Emanuel Urquhart & Sullivan, LLP, Chicago, IL, Edward J. DeFranco, Alexander Rudis, Matthew A. Traupman, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY, for Appellant.

Megan Michele Valentine, Esq., Attorney Advisor, International Trade Commission, Wayne W. Herrington, International Trade Commission Office of the General Counsel, Washington, DC, for Appellee.

E. Joshua Rosenkranz, Andrew D. Silverman, Attorney, Orrick, Herrington & Sutcliffe LLP, New York, NY, Mark S. Davies, Esq., Amisha R. Patel, Attorney, Orrick, Herrington & Sutcliffe LLP, Brian E. Ferguson, Robert T. Vlasis, III, Weil, Gotshal & Manges LLP, Washington, DC, Matthew D. Powers, Tensegrity Law Group, LLP, Redwood City, CA, Christina Marie Von Der Ahe, Attorney, Orrick, Herrington & Sutcliffe LLP, Irvine, CA, for Intervenor.

**CIGAR KING, LLC, Appellant,**

v.

## ORDER

The parties jointly move to dismiss the appeal pursuant to Federal Rules of Appellate Procedure 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are denied as moot.